RECEIVED

OCT 16 2012

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
    SHREVEPORT, LOUISIANA
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 12-0175-01 |
| VERSUS | * | JUDGE TOM STAGG |
| SAMMIE LEE THURMAN | * | MAG. JUDGE KAREN L. HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge, having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Sammie Lee Thurman, and adjudges him guilty of the offense charged in Count 1 of the Indictment against him.

THUS DONE AND SIGNED in chambers, this 15th day of October 2012, Shreveport, Louisiana.

TOM STAGG
UNITED STATES DISTRICT JUDGE